AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2018 OCT 31  PM 2:34

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-1680 (SCC) |
| FRANCIS RYAN ROMANO MARIA | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __27 October 2018__ in the county of __San Juan__ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 912 | False Impersonation of a Federal Official |

This criminal complaint is based on these facts:

See attached affidavit
The United States Request Defendant's Detention
Approved By AUSA Myriam Fernandez

Continued on the attached sheet.

_____
Complainant's signature

Owen Reese, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10·31·2018

City and state: San Juan PR

_____
Judge's signature

Silvia Carreño Coll, U.S. Magistrate Judge
Printed name and title