## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Owen Reese, hereinafter referred to as the Affiant, a Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, state and depose as follows:

### BACKGROUND

1.      Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so since May 2016. Your affiant is currently assigned to the FBI San Juan Division, Violent Crimes / Major Offenders Squad. As an FBI Special Agent, your affiant has received extensive training in a variety of investigative and legal matters of violations of federal and state law. Prior to being a Special Agent with the FBI, your affiant was a sworn Law Enforcement Officer with the Norfolk Police Department in Norfolk, Virginia from 2011 to 2016. During this time, your affiant served as a detective in both the Vice and Narcotics Division and the Violent Crimes Division – Robbery Squad. Your affiant has participated in numerous violent crimes investigations as the primary investigator or in a subsidiary role. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

2.      The information contained in this affidavit was obtained from the investigation conducted by your affiant in addition to information provided to your affiant by other federal law enforcement agents. Because this affidavit is made for the limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

### RELEVANT FACTUAL ALLEGATIONS

3.      On 30 October 2018, your affiant, along with other Special Agents of the FBI, responded to a complaint from a male victim (hereinafter Victim) who stated the following:

4.      From approximately 1 September 2018 to 27 October 2018 Victim employed a man named Ryan Rodriguez Gregory (later identified by the FBI as FRANCIS RYAN ROMANO MARIA, positively confirmed by Victim to be the same, and hereinafter ROMANO) to be in charge of security for Victim's place of business, a bar / restaurant, in the City of San Juan, Puerto Rico.

5.      ROMANO was hired by Victim solely for the reason that ROMANO, an otherwise stranger to Victim, had approached Victim at Victim's place of work and told Victim that Victim's life was in danger because people in the neighborhood wanted to kill him. ROMANO then identified himself as an FBI Special Agent and told Victim that, for a fee, ROMANO would run a security operation for Victim at Victim's place of business.

6.      In addition to ROMANO verbally identifying himself as an FBI Special Agent, Victim stated that ROMANO displayed a badge to identify himself as a Special Agent, and wore both a black pistol in a holster on his hip and a blue and yellow FBI raid jacket.

7.      Over the next approximately six week, Victim paid ROMANO between $300 to $400 a week to be in charge of security for Victim's business. Victim estimates that he paid ROMANO a total of approximately $2000 in cash for his protection services.

8.      Additionally, during this time period, ROMANO sent pictures to Victim of ROMANO at an FBI crime scene further corroborating his employment and affiliation with the FBI.

9.      On 27 October 2018, after a verbal argument, Victim fired ROMANO. On 29 October 2018, Victim notified the FBI of ROMANO and his claims of being an FBI agent. Victim stated that he wishes to press charges against ROMANO.

10.     Verbal consent was granted to the FBI to conduct a search for any firearms or ammunition in ROMANO's personal vehicle (a grey Chevy Impala bearing Puerto Rico Tag: JCS928) which was parked at 241 FD Roosevelt Avenue, San Juan PR 00918. Upon search, a

black BB gun pistol and a black pistol holster were recovered out of the front passenger set area at approximately 5:10 PM.

## CONCLUSION

**11.**    Based on the information above, your affiant submits that there is probable cause to believe that FRANCIS RYAN ROMANO MARIA violated the following federal offense: Title 18, United States Code, Section 912 to wit False Impersonation of a Federal Official.


I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

**Owen Reese**
Special Agent
Federal Bureau of Investigation


Subscribed and sworn before me on the ____31st____ day of October, 2018.


HON. SILVIA CARREÑO COLL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO